UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

RAYMOND KORNEGAY,

Defendant.

---

13-CR-428 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the pro se letter from defendant Raymond Kornegay (Dkt. No. 118), seeking the appointment of counsel for the limited purpose of assisting him to pursue an application for compassionate release. The Court grants this relief, and re-appoints, for this limited purpose, Mr. Kornegay's most recent court-appointed counsel on this case, Sarah Kunstler, Esq. The Court directs Ms. Kunstler to file a memorandum in support of Mr. Kornegay's application by Tuesday, October 20, 2020. The Government's response is due Tuesday, October 27, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 118.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 6, 2020
       New York, New York