UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | 13-CR-428 (PAE) |
| RAYMOND KORNEGAY, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

On October 6, 2020, the Court issued an order confirming receipt of a letter from *pro se* defendant Raymond Kornegay, seeking the appointment of counsel for the limited purpose of assisting him in pursuing an application for compassionate release. *See* Dkt. 119. In that order, the Court granted Mr. Kornegay's request and re-appointed, for that limited purpose, Sarah Kunstler, Esq. to assist him. The Court also directed Ms. Kunstler to file, by Tuesday, October 20, 2020, a memorandum of support of Mr. Kornegay's application, and gave the Government one week from that date to respond.

To date, the Court has received no such submission. Accordingly, the Court directs Ms. Kunstler, by Friday, October 23, 2020 at 5:00 p.m., to file a memorandum in support of Mr. Kornegay's application, or to notify the Court that she is unable to do so. The deadline for the Government's response is hereby adjourned to Friday, October 30, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 21, 2020
       New York, New York