UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RAYMOND KORNEGAY,<br><br>                             Defendant. | 13-CR-428 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court relieves Sarah Kunstler, Esq., and appoints David S. Greenfield, Esq. as counsel for Mr. Kornegay, for the limited purpose of preparing a letter memorandum in support of his application for compassionate release. This memorandum is due November 6, 2020. The Government's response is due November 13, 2020. The Court directs David S. Greenfield, Esq. to forward a copy of this order to Mr. Kornegay. The Clerk of Court is requested to terminate the motion at Dkt. No. 121.

SO ORDERED.

                                                       _____
                                                       PAUL A. ENGELMAYER
                                                       United States District Judge

Dated: October 22, 2020
       New York, New York