

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2020

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>United States</u> v. <u>Raymond Kornegay</u>, 13 Cr. 428 (PAE)

Dear Judge Engelmayer:

      The Government writes in relation to the Motion for Compassionate Release filed by counsel for the defendant in the above-captioned matter on November 6, 2020 (the "Motion"). The Government overlooked the fact that the Motion had been filed on ECF. The Government notes that the ECF docket text for the Motion filed on November 6, 2020 reads: "Memorandum in Support by Raymond Kornegay re Motion For Appointment of Counsel." Nonetheless, the document actually filed was the Motion and the undersigned missed this. Defense counsel contacted the undersigned over this weekend to ensure that the Government was aware of the Motion. Having reviewed the docket, the Government now also sees the prior order setting a briefing schedule requiring that the Motion be filed by Friday, November 6, 2020 and the Government to file its response by Friday, November 13, 2020. The Government respectfully requests that its deadline to file its response by extended by two business days until Tuesday, November 17, 2020. Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney
Southern District of New York

by: _____/s/_____
Andrea M. Griswold
Assistant United States Attorney
(212) 637-1205

cc: David Greenfield, Esq.

Granted.  SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge
11/16/2020