

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2020

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States** v. **Raymond Kornegay**, 13 Cr. 428 (PAE)

Dear Judge Engelmayer:

     The Government writes in relation to the Motion for Compassionate Release filed by counsel for the defendant in the above-captioned matter on November 6, 2020 (the "Motion"). While the Government initially asked for a 2-business day extension of its November 13, 2020 response deadline, the Government now respectfully requests three additional days, until November 20, 2020. The Government has obtained the defendant's most recent 2020 BOP medical records which confirm his Type 2 Diabetes. However, one of the BOP records obtained by the Government appears to reference a July 6, 2020 First Step Act assessment at Gilmer FCI pursuant to which Kornegay may have been deemed "High Risk Recidivism Level." The Government is awaiting records from Gilmer FCI that appear to relate to this assessment. These records may inform the Government's response to the Motion. The Government thus respectfully requests that its deadline be extended three additional days until this Friday, November 20, 2020. Should the Government be unable to obtain the additional records by Friday, it would still file its response.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney
        Southern District of New York

    by: _____/s/_____
        Andrea M. Griswold
        Assistant United States Attorney
        (212) 637-1205

cc: David Greenfield, Esq.

      Granted.  SO ORDERED.

      _____
      PAUL A. ENGELMAYER
      United States District Judge
      11/18/2020