LAW OFFICES
# DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502

NEW YORK, N.Y. 10013

(212) 481-9350

TELECOPIER (212) 571-5507

January 6, 2021

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10013

    Re:    United States v. Raymond Kornegay
             13 Cr. 428 (PAE)

Dear Judge Engelmayer:

    On October 22, 2020, I was appointed as substitute CJA counsel for the limited purpose of preparing a memorandum in support of defendant Raymond Kornegay's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A). ECF No. 122. That motion was ultimately denied on December 3, 2020. ECF No. 129. Before I am relieved as CJA counsel herein, I am writing to request an Order directing the Bureau of Prisons to allow Kornegay to be reviewed and, if necessary, treated by an outside medical provider for his ongoing stomach problems.

    As noted in Kornegay's initial *pro se* filing with this Court, and as reflected in the medical records attached to that filing, ECF No. 118, Kornegay has experienced substantial stomach pain and discomfort for a long period of time. Thus far, it appears that his non-frivolous concerns about a potentially serious medical ailment have not been addressed by the BOP medical staff at FCI Glimer.

    Therefore, it is respectfully requested that Your Honor direct the BOP to permit Kornegay to be receive diagnostic testing and any other form of treatment that may be appropriate from an outside hospital or other medical provider.

    Please contact my office if you have questions about this request.

                                 Respectfully submitted,

                                 /s/
                               David S. Greenfield

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 132.

1/7/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge