UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RAYMOND KORNEGAY,<br><br>                    Defendant. | 13-CR-428-01 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter motion from defense counsel (Dkt. No. 134) reporting that the Bureau of Prison has not complied with the Court's order at Dkt. No. 133, requiring diagnostic testing of defendant Kornegay, which the Court has determined is relevant to the resolution of his compassionate release motion. The Court expects, and is prepared to take appropriate action to assure, compliance with its orders. The Court is hopeful that through the intervention of the assigned Assistant United States Attorney, compliance with the Court's order can be promptly achieved without the need for contempt or other disruptive proceedings. The Court asks Government counsel to promptly attend to this situation and, by Friday, March 12 2021, to report to the Court, by letter on the docket of this case, as the status of the BOP's compliance (which the Court expects, by then, to be complete) with the Court's order.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        _____
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: March 3, 2021
       New York, New York