UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RAYMOND KORNEGAY,<br><br>                     Defendant. | 13-CR-428 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the Government's letter (Dkt. No. 137), urging the Court to vacate its earlier order (Dkt. No. 133) directing the Bureau of Prisons to furnish defendant Raymond Kornegay with diagnostic testing from an outside hospital or other medical provider, and the materials attached to that letter, including a detailed summary of the medical care furnished to date to Mr. Kornegay (Dkt. No. 137-1) and the declaration of Dr. Emery McCoy (Dkt. No. 137-2).  The Court, based on a fuller portrait of Mr. Kornegay's care, is persuaded to vacate its earlier order, substantially for the reasons articulated by the Government.

The Court urges the Bureau of Prisons, however, to vigilantly monitor Mr. Kornegay's condition and to actively consider whether engagement of outside diagnostic professionals is warranted.  The Court expects Mr. Kornegay, in turn, to cooperate with the medical professionals employed and engaged by the Bureau of Prisons.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: March 18, 2021
New York, New York