UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

RAYMOND KORNEGAY,

                Defendant.

13-CR-428 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a compassionate release motion from defendant Raymond Kornegay. Dkt. 139. The Court reappoints David Greenfield, Esq., to assist Mr. Kornegay in pursuing such relief, and directs Mr. Greenfield, by Friday, March 18, 2022, to file any submission in further support. The Court directs the Government to respond within two weeks of Mr. Greenfield's filing.

    SO ORDERED.

                                              *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: February 24, 2022
       New York, New York