LAW OFFICES
DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502 NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

February 25, 2022

<u>VIA ECF</u>

Hon. Paul A. Engelmayer
United States District Judge
  Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: <u>United States v. Raymond Kornegay</u>, 13-cr-428 (PAE)

Dear Judge Engelmayer:

    I write, respectfully, pursuant to the Criminal Justice Act, to request the appointment of associate counsel to assist in the above referenced case. Earlier today Your Honor reappointed me as counsel to assist Mr. Kornegay in connection with his compassionate release motion.

    Specifically, I am requesting the appointment of Diane Ferrone, Esq. at an hourly rate of $110, with approval of 25 hours. Ms. Ferrone has been appointed associate counsel on numerous CJA cases in the Southern District of New York. I am currently preparing for trial and Ms. Ferrone's assistance will allow the instant case to proceed in a timely and efficient manner.

    I am highly conscious of the importance of preventing the needless expenditure of CJA funds. Consistent with the goals of conserving resources, I believe the appointment of Ms. Ferrone in this case will result in substantial savings by relieving me from performing tasks that would be more expensive due to my higher bill rate.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

Respectfully submitted,

/s/

David S. Greenfield

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 142.

2/28/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge